# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY AVENELL,<br>Plaintiff,<br>v.<br>CITY OF CLOVIS,<br>Defendant. | Case No. 1:26-cv-07939-JLT-SAB<br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br>(ECF Nos. 2, 4) |

Plaintiff Ricky Avenell filed a complaint on September 28, 2026, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) The Court was unable to discern whether Plaintiff qualified to proceed *in forma pauperis* and ordered Plaintiff to file a long form application. (ECF No. 3.) Plaintiff timely complied (ECF No. 4), and the Court is now able to make a determination.

Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court will not direct that service be undertaken until the Court screens the complaint and issues its screening order.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 4) is GRANTED; and

2. **Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.**

IT IS SO ORDERED.

Dated: **October 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge